**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

December 12, 2024

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No. 4:24-cr-00632** |
| | § | |
| **RONALD  ALEXANDER GRANADOS-SORTO** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## Order for Issuance of Bench Warrant

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
RONALD  ALEXANDER GRANADOS-SORTO

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on      December 11,  2024.

UNITED STATES MAGISTRATE JUDGE